# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Hernandez-Dominguez,<br>a.k.a.: Jovan Hernandez-Dominguez,<br>(A088 669 014)<br>*Defendant* | )<br>)<br>) Case No. 17-447MJ<br>)<br>)<br>) |

MF
10/22/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 22, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Hernandez-Dominguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Del Rio, Texas, on or about November 30, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Sheila A. Phillips

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 23, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

# STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 22, 2017, Juan Hernandez-Dominguez was booked into the Maricopa County Jail (MCJ) intake facility by the Peoria Police Department on local charges. While incarcerated at the MCJ, Hernandez-Dominguez was examined by ICE Officer B. Jansen who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 22, 2017, Hernandez-Dominguez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Hernandez-Dominguez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Hernandez-Dominguez to be a citizen of Mexico and a previously deported criminal alien. Hernandez-Dominguez was removed from the United States to Mexico through Del Rio, Texas, on or about

November 30, 2016, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Hernandez-Dominguez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Hernandez-Dominguez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Juan Hernandez-Dominguez was convicted of Deported Alien Found Unlawfully in the United States, a felony offense, on August 8, 2016, in the United States District Court, District of Nevada. Hernandez-Dominguez was sentenced to thirteen (13) months and one (1) day of imprisonment and three (3) years of supervised release. Hernandez-Dominguez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 22, 2017, Juan Hernandez-Dominguez was advised of his constitutional rights. Hernandez-Dominguez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 22, 2017, Juan Hernandez-Dominguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

States at Del Rio, Texas, on or about November 30, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 23rd day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge